UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUTHE ELAINE DEAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. C15-5031-RJB<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation (Dkt. 22) of the Honorable James P. Donohue, United States Magistrate Judge, and the remainder of the file herein; and finding no objection by either party to the Report and Recommendation, does hereby find and ORDER:

  (1)  The Court adopts the Report and Recommendation.

  (2)  The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings:

PAGE - 1

      a. To re-evaluate the testimony of examining psychologist, Dr. David Dixon, requesting further opinion testimony if needed;

      b. To re-evaluate the testimony of examining physician, Dr. Mark Heilbrunn, requesting further opinion testimony if needed;

      c. To re-evaluate (1) Plaintiff's Residual Functioning Capacity findings and (2) Step Five findings, in light of the re-evaluated testimony of Dr. David Dixon and Dr. Mark Heilbrunn.

IT IS SO ORDERED.

The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 19th day of October, 2015.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

PAGE - 2